
IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

MINUTE ENTRY/ORDER

FOR MATTER TAKEN UNDER ADVISEMENT

| | |
|---|---|
| Bankruptcy Judge: | Hon. Redfield T. Baum |
| Case Name: | Dominique Yvette & John F. Nolund,   Chapter 13 |
| Case No.: | 2:05-bk-05647-RTB |
| Subject of Hearing: | Hearing on Motion For Relief From Stay Filed by MERS/Countrywide (Status on Loan Modification) |
| Date Matter Taken Under Advisement: | December 16, 2009 |
| Date Ruled Upon: | December 17, 2009 |

Pending before the court is the motion for relief from the stay by MERS/Countrywide ("MC"). Following a final hearing on the motion in August 2009, the court found the debtors in default under their chapter 13 plan payments and the court directed the debtors to request a written request to MC for a modification of the subject loan.

The record reflects the following undisputed facts. The plan was confirmed on January 30, 2007. The plan states, in pertinent part, that "Countrywide shall be paid the pre-petition plus post-petition arrearage total of $14,059.29 on the 1st DOT". The motion, filed on May 30, 2008, states that the total arrearage is $14,916.69 (based on 17 payments at $821.57 for Jan. '07 to May '08). Exhibit 14 is the "Loan History" covering the period from April 2005 through June 2009 listing each debit or credit to the loan, how such entry was applied, and showing the then loan

balance. The Loan History is eight pages long and contains approximately 125 entries. The Loan History lists a beginning principal balance of $93,671.79 and an escrow balance of $579.75 and then lists an ending principal balance of $91,473.87, a negative escrow balance of $6,284.16, plus an un-applied balance of $2,199.14.

At the continued hearing on December 16, 2009, MC requested stay relief because the debtors had not signed the loan modification agreement offered by MC. The debtors stated that they would not sign the modification because they still were not convinced that the amounts therein were correct. The offered loan modification is for a total debt of $116,822.99, comprised of $25,562.19 [$8,347.65 (interest) and $7,214.54 (escrow)] and original principal of $91,260.88, with a monthly payment of $576.80, and an increasing interest rate starting at 2% for 2011, 3% for 2011 to 2013, 4% for 2014, and 5% thereafter. The finding of default by this court means that it was inevitable that the loan balance was either not reduced or reduced in a minute amount. The $25,562.19 amount does not appear to be out of line with the historical amounts and the judicially determined default on this debt. The debtors have had MC's itemized Loan History for four months and offer nothing specific as to how it is incorrect. It seems obvious to the court that the debtors have not made a good faith effort to show this court how the Loan History is inaccurate.

Based upon this record, particularly the long history of default in monthly payments both pre- and post- petition, the court concludes that relief from the stay is conditionally granted. The debtors have 10 days from the date of this minute entry to sign and hand-deliver the offered loan modification to counsel for MC. If that does not occur, counsel for MC shall then serve and lodge an order granting relief from the stay.

Copy of the foregoing
mailed this _17_ day of
December, 2009 to:

Joseph E. Collins
COLLINS & COLLINS
3241 East Shea Blvd, Suite 1
Phoenix, Arizona  85028

Dominique & John Nolund
2147 West Dixon Street
Mesa, Arizona  85201

Leonard J. McDonald
Mark S. Bosco
TIFFANY & BOSCO
2525 East Camelback Road, Third Floor
Phoenix, Arizona 85016

by _[signature]_
　　Judicial Assistant